


UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORMAN HUBBS, | ) Case No. EDCV 06-0292-CBM(RC) |
| Plaintiff, | ) |
| vs. | ) ORDER ADOPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED STATES |
| COUNTY OF SAN BERNARDINO, CA; | ) |
| GARY PENROD, SHERIFF OF SAN | ) |
| BERNARDINO COUNTY, | ) |
| CALIFORNIA, | ) |
| | ) |
| Defendants. | ) |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the complaint along with the attached Report and Recommendation of United States Magistrate Judge Rosalyn M. Chapman, and has made a <u>de</u> <u>novo</u> determination.

IT IS ORDERED that (1) the Report and Recommendation is approved and adopted; (2) defendants' Rule 12(e) motion for a more definite statement is denied; (3) defendants' motion is granted under Rule 12(b)(6) to dismiss without prejudice Claims 1a, 1c, 1d, 2b and 3 under <u>Heck v. Humphrey</u>, 512 U.S. 477 (1994); (4) defendant Penrod's motion under Rule 12(b)(6) to dismiss Claim 1i

against him in his individual capacity is granted; (5) defendants' motion under Rule 12(b)(6) to dismiss Claims 1e, 1f, 1g, 1h and 2a is denied; and (6) defendants' motion under Rule 12(b)(6) to dismiss Claims 1b, 1i and 1(j) is granted, albeit with leave to amend, and plaintiff shall, if he chooses to pursue these claims, file a Second Amended Complaint amending these claims and raising only these claims and Claims 1e, 1f, 1g, 1h and 2a, or, in the alternative, if he chooses not to pursue these claims, file a document stating he intends to proceed only on Claims 1e, 1f, 1g, 1h and 2a, no later than thirty (30) days from the date of this Order.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order and the Magistrate Judge's Report and Recommendation by the United States mail on the parties.

DATED: 2/7/08

_____
CONSUELO B. MARSHALL
SENIOR UNITED STATES DISTRICT JUDGE

R&Rs\06-0292.ado2
11/8/07

2